

**FILED**

AUG 0 8 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK



**United States District Court**
**Eastern District of California**

Plaintiff(s): Patricia Leija, et al.

V.

Defendant(s): Rite Aid Corporation, a Delaware Corporation

Case Number: 1:23-cv-01080-EPG

**APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER**

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Andrew Ready Tate hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Plaintiff Patricia Leija, individually and on behalf of all others similarly situated.

On 03/10/2020 (date), I was admitted to practice and presently in good standing in the Supreme Court of Georgia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/01/2023

Signature of Applicant: /s/ Andrew R. Tate

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Andrew Ready Tate |
| Law Firm Name: | Peiffer Wolf Carr Kane Conway & Wise, LLP |
| Address: | 235 Peachtree Street NE |
| | Suite 400 |
| City: | Atlanta   State: GA   Zip: 30303 |
| Phone Number w/Area Code: | (404) 282-4806 |
| City and State of Residence: | Avondale Estates, GA |
| Primary E-mail Address: | atate@peifferwolf.com |
| Secondary E-mail Address: | azika@peifferwolf.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Adam B. Wolf |
| Law Firm Name: | Peiffer Wolf Carr Kane Conway & Wise, LLP |
| Address: | 3435 Wilshire Blvd., Ste. 1400 |
| City: | Los Angeles   State: CA   Zip: 90010 |
| Phone Number w/Area Code: | (415) 766-3545   Bar # 215914 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 8/8/23

_[signature]_
JUDGE, U.S. DISTRICT COURT