

# United States District Court
# Eastern District of California

**FILED**
AUG 08 2023
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Patricia Leija, et al.
Plaintiff(s)

v.

Rite Aid Corporation, a Delaware Corporation
Defendant(s)

Case Number: 1:23-cv-01080-EPG

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Brandon Michael Wise hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiff Patricia Leija, individually and on behalf of all others similarly situated.

On 05/07/2015 (date), I was admitted to practice and presently in good standing in the Illinois State Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/01/2023           Signature of Applicant: /s/ Brandon M. Wise

**Pro Hac Vice Attorney**

Applicant's Name: Brandon Michael Wise
Law Firm Name: Peiffer Wolf Carr Kane Conway & Wise, LLP
Address: 818 Lafayette Ave.
Floor 2
City: St. Louis  State: MO  Zip: 63104
Phone Number w/Area Code: (314) 833-4825
City and State of Residence: New Orleans, LA
Primary E-mail Address: bwise@peifferwolf.com
Secondary E-mail Address: azika@peifferwolf.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Adam B. Wolf
Law Firm Name: Peiffer Wolf Carr Kane Conway & Wise, LLP
Address: 3435 Wilshire Blvd., Ste. 1400

City: Los Angeles  State: CA  Zip: 90010
Phone Number w/Area Code: (415) 766-3545  Bar #: 215914

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 8/8/23

_____
JUDGE, U.S. DISTRICT COURT