UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA LEIJA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No. 1:23-cv-01080-EPG<br><br>ORDER RE: NOTICE OF PERMANENT INJUNCTION AND DISCHARGE<br><br>(ECF No. 17). |

On September 13, 2024, Defendant Rite Aid Corporation filed a Notice of Permanent Injunction and Discharge (ECF No. 17). The Court has given an opportunity for objections, and none have been filed. (ECF No. 18). Thus, per the Notice of Permanent Injunction and Discharge (ECF No. 17) and pursuant to 11 U.S.C. § 1141(d), this case is administratively closed.

IT IS SO ORDERED.

Dated: __**October 4, 2024**__         /s/ Erica P. Grosjean
                                                   UNITED STATES MAGISTRATE JUDGE

1